1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 JOE HERNANDEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-060 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| JOE HERNANDEZ-GONZALEZ, ) | Date: April 2, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and JOE HERNANDEZ-GONZALEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 2, 2009, be vacated and rescheduled for status conference on April 16, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to review discovery with defendant and for ongoing defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from April 2, 2009, through and including April 16, 2009, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 1, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOE HERNANDEZ-GONZALEZ

Dated: April 1, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for

_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE