1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
6  JOE HERNANDEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-060 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JOE HERNANDEZ-GONZALEZ, | Date: May 21, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and JOE HERNANDEZ-GONZALEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 21, 2009, be vacated and rescheduled for status conference on June 4, 2009, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time with defendant and for ongoing defense investigation and preparation regarding defendant's criminal history.

///

IT IS FURTHER STIPULATED that the period from May 21, 2009, through and including June 4, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 19, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOE HERNANDEZ-GONZALEZ

Dated: May 19, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE