```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOE HERNANDEZ-GONZALEZ
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,      )  NO. CR-S-09-00060 MCE
                                   )
13             Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE**
14       v.                        )
                                   )
15  JOE HERNANDEZ-GONZALEZ,        )  Date:  June 4, 2009
                                   )  Time:  9:00 a.m.
16             Defendant.          )  Judge: Morrison C. England, Jr.
                                   )
17                                 )
    _____)
18
```

19       IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20  America through Michael D. Anderson, Assistant United States Attorney,

21  and JOE HERNANDEZ-GONZALEZ, by and through his counsel, Matthew C.

22  Bockmon, Assistant Federal Defender, that the status conference

23  presently scheduled for June 4, 2009, be vacated and rescheduled for

24  status conference on June 11, 2009, at 9:00 a.m.

25       This continuance is being requested because defense counsel needs

26  additional time with defendant and for ongoing defense investigation

27  and preparation regarding defendant's criminal history.

28  ///

1    IT IS FURTHER STIPULATED that the period from June 4, 2009,
2 through and including June 11, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Dated: June 3, 2009

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew C. Bockmon
                                _____
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOE HERNANDEZ-GONZALEZ

Dated: June 3, 2009

                                LAWRENCE G. BROWN
                                Acting United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

 Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE