1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOE HERNANDEZ-GONZALEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       )  NO. CR-S-09-060 MCE
                                   )
13            Plaintiff,           )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE**
14      v.                         )
                                   )
15 JOE HERNANDEZ-GONZALEZ,         )  Date:  June 11, 2009
                                   )  Time:  9:00 a.m.
16            Defendant.           )  Judge: Morrison C. England, Jr.
                                   )
17                                 )
   _____ )
18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Michael D. Anderson, Assistant United States Attorney,

21 and JOE HERNANDEZ-GONZALEZ, by and through his counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for June 11, 2009, be vacated and rescheduled for

24 status conference on July 16, 2009, at 9:00 a.m.

25      This continuance is being requested because defense counsel needs

26 additional time to review plea agreement with defendant and for ongoing

27 defense investigation and preparation.

28 ///

1    IT IS FURTHER STIPULATED that the period from June 11, 2009,
2 through and including July 16, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.
6 Dated: June 9, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOE HERNANDEZ-GONZALEZ

Dated: June 9, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

 Dated: June 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE