```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOE HERNANDEZ-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-09-00060 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| JOE HERNANDEZ-GONZALEZ, | ) Date: July 16, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and JOE HERNANDEZ-GONZALEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 16, 2009, be vacated and rescheduled for status conference on August 20, 2009, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to review plea agreement with defendant and for ongoing defense investigation and preparation.

///

1    IT IS FURTHER STIPULATED that the period from July 16, 2009,
2 through and including August 20, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

Dated: July 14, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Matthew C. Bockmon*
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOE HERNANDEZ-GONZALEZ

Dated: July 14, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ *Matthew C. Bockmon for*
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE