1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOE HERNANDEZ-GONZALEZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  NO. CR-S-09-00060 MCE
                                  )
13          Plaintiff,             )  **STIPULATION AND ORDER CONTINUING**
                                  )  **STATUS CONFERENCE**
14      v.                         )
                                  )
15 JOE HERNANDEZ-GONZALEZ,        )  Date:  September 10, 2009
                                  )  Time:  9:00 a.m.
16          Defendant.             )  Judge: Morrison C. England, Jr.
                                  )
17                                )
   _____ )
18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Michael D. Anderson, Assistant United States Attorney,

21 and JOE HERNANDEZ-GONZALEZ, by and through his counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference hearing

23 date of August 20, 2009, be vacated and a new status conference hearing

24 date of September 10, 2009, at 9:00 a.m., be set.

25      This continuance is being requested because defense counsel needs

26 additional time to review plea agreement with defendant and for ongoing

27 defense investigation and preparation.

28 ///

1      IT IS FURTHER STIPULATED that the period from August 20, 2009,
2 through and including September 10, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: August 19, 2009

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ *Matthew C. Bockmon*
                                         _____
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JOE HERNANDEZ-GONZALEZ


Dated: August 19, 2009                   LAWRENCE G. BROWN
                                         United States Attorney

                                         /s/ *Matthew C. Bockmon for*
                                         _____
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney



                             **O R D E R**

IT IS SO ORDERED.

 Dated: August 20, 2009

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE